IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

J.S.,

       Appellant,

v.

STATE OF FLORIDA,

       Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2384

Opinion filed January 2, 2015.

An appeal from the Circuit Court for Alachua County.
Robert E. Roundtree, Judge.

Nancy A. Daniels, Public Defender, and Archie F. Gardner, Jr., Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Kristen Bonjour, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

      J.S. appeals from a restitution order entered after he pled no contest to trespass and petit theft. Because the trial court conducted the restitution hearing in J.S.'s absence without competent substantial evidence to establish that J.S. had knowingly and voluntarily waived his right to be present at the hearing, the State

properly conceded error. We, therefore, reverse and remand for a new restitution hearing. See M.W.G. v. State, 945 So. 2d 597 (Fla. 2d DCA 2006).

WOLF, BENTON, and MAKAR, JJ., CONCUR.